



**MEMORANDUM OPINION**

No. 04-09-00737-CV

In the Interest of **A.M.**, et al.,

From the 407th District Court, Bexar County, Texas
Trial Court No. 2008-PA-00260
Honorable Richard Garcia, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
                 Sandee Bryan Marion, Justice
                 Phylis J. Speedlin, Justice

Delivered and Filed: February 3, 2010

DISMISSED AS MOOT

Appellant has filed a motion to dismiss this appeal as moot because the trial court has granted

a new trial. The motion is granted and the appeal dismissed as moot.

PER CURIAM